Form clsnodsc – ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−20309−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael A Simon
60 Clover Hill Drive
Flanders, NJ 07836

Marlene Simon
aka Marlene Fredericks
60 Clover Hill Drive
Flanders, NJ 07836

Social Security No.:
xxx−xx−5646

xxx−xx−7112

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after July 7, 2017 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: June 7, 2017
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael A Simon  
Marlene Simon  
    Debtors

Case No. 12-20309-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jun 07, 2017  
                      Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.  
db/jdb      +Michael A Simon,   Marlene Simon,   60 Clover Hill Drive,   Flanders, NJ 07836-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2017 22:33:42    U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534  
smg       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2017 22:33:39    United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                                         TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2017 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Creditor   Wells Fargo Bank, N.A. Service for US Bank National Association as Trustee for Mastr Asset Backed Secrities Trust 2006-AB1 Mortgage Pass-Through Certificates Series 2006-AB1 nj.bkecf@fedphe.com  
        Brett L. Messinger   on behalf of Interested Party   Ocwen Loan Servicing, LLC blmessinger@duanemorris.com, ltryon@duanemorris.com  
        Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2004-1HE, Asset-Backed Certificates, Series 2004-1HE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jennifer R. Gorchow   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Jennifer R. Gorchow   on behalf of Loss Mitigation   Americas Servicing Company nj.bkecf@fedphe.com  
        Joshua I. Goldman   on behalf of Creditor   U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2004-1HE, Asset-Backed Certificates, Series 2004-1HE jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Stuart D. Gavzy   on behalf of Debtor Michael A Simon stuart@gavzylaw.com, lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com  
        Stuart D. Gavzy   on behalf of Joint Debtor Marlene Simon stuart@gavzylaw.com, lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com  
                                                                                                TOTAL: 9