Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 12–20309–JKS
> Chapter: 13
> Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael A Simon<br>60 Clover Hill Drive<br>Flanders, NJ 07836 | Marlene Simon<br>aka Marlene Fredericks<br>60 Clover Hill Drive<br>Flanders, NJ 07836 |

Social Security No.:
  xxx–xx–5646                                                xxx–xx–7112

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 11, 2017</u>                    <u>John K. Sherwood</u>
                                               Judge, United States Bankruptcy Court