**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael A Simon<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5646<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Marlene Simon<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7112<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  12–20309–JKS

## Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael A Simon                       Marlene Simon
                                      aka Marlene Fredericks

7/11/17                               **By the court:** John K. Sherwood
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-20309-JKS
Michael A Simon                                                         Chapter 13
Marlene Simon
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Jul 11, 2017
                             Form ID: 3180W           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
```
db/jdb         +Michael A Simon,    Marlene Simon,    60 Clover Hill Drive,    Flanders, NJ 07836-9513
lm             +Americas Servicing Company,    P.O. Box 10328,    Des Moines, IA 50306-0328
intp           +Ocwen Loan Servicing, LLC,    c/o Brett Messinger, Esquire,    Duane Morris LLP,
                 30 S. 17th Street,    Philadelphia, PA 19103-4196
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Wells Fargo Bank, N.A. Service for US Bank Nationa,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
512973027      +America's Servicing Company,    PO Box 10328,    Des Moines, IA 50306-0328
512973037      +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls, SD 57117-6191
516567011       Firstmark Services on behalf of Citibank N.A.,     P.O. Box 82522,    Lincoln, NE 68501-2522
512973045      +Jennifer Sauchelli, Esquire,    P.O. Box 914,    Paramus, NJ 07653-0914
513024897      +Midland Credit Management, Inc.,    2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
512973047      +Nudelman Nudelman & Ziering,    425 Eagle Rock Avenue,    Roseland, NJ 07068-1787
516262883      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516262884      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515332593      +US BANK N.A., AS TRUSTEE, et.al.,    AMERICA'S SERVICING COMPANY,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    MAC #D3347-014,    3476 STATEVIEW BOULEVARD,
                 FORT MILL, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2017 23:31:28     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2017 23:31:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513115320      +EDI: GMACFS.COM Jul 11 2017 23:13:00     Ally Financial,    c/o Ally Servicing LLC,
                 P.O. Box 130424,    Roseville, MN 55113-0004
513317763      +EDI: WFFC.COM Jul 11 2017 23:13:00     America's Servicing Company,
                 Attention Bankruptcy Department,    MAC X2303-04C,    Des Moines, IA 50328-0001
512973028      +EDI: ARSN.COM Jul 11 2017 23:13:00     Associated Recovery Systems,    P.O. Box 469046,
                 Escondido, CA 92046-9046
513071895       EDI: BANKAMER2.COM Jul 11 2017 23:13:00     FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
512973040       EDI: BANKAMER.COM Jul 11 2017 23:13:00     FIA Card Services,    PO Box 15019,
                 Wilmington, DE 19886
512973029       EDI: BANKAMER.COM Jul 11 2017 23:13:00     Bank Of America,    De5-019-03-07,    Newark, DE 19714
512973031       EDI: CAPITALONE.COM Jul 11 2017 23:13:00     Cap One,    Po Box 85520,    Richmond, VA 23285
513085482       EDI: CAPITALONE.COM Jul 11 2017 23:13:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
512973034      +EDI: CHASE.COM Jul 11 2017 23:13:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
513032685      +EDI: CITICORP.COM Jul 11 2017 23:13:00     Citibank N.A.,    c/o Citibank (South Dakota), N.A.,
                 ATTN: Claims Dept. MC 2135,    701 E 60th Street North,    Sioux Falls, SD 57104-0432
512973039      +E-mail/Text: bknotice@erccollections.com Jul 11 2017 23:31:30     Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
512973042      +EDI: GMACFS.COM Jul 11 2017 23:13:00     GMAC,    P.O. Box 130424,    Saint Paul, MN 55113-0004
512973041      +EDI: RMSC.COM Jul 11 2017 23:13:00     Gembppbycr,    Attention: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
512973044      +EDI: HFC.COM Jul 11 2017 23:13:00     Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,
                 Carol Stream, IL 60197-5263
512973046      +EDI: MID8.COM Jul 11 2017 23:13:00     Midland Credit Management,    Po Box 939019,
                 San Diego, CA 92193-9019
513314756      +EDI: OPHSUBSID.COM Jul 11 2017 23:13:00     Oak Harbor Capital VI, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512973049       EDI: PRA.COM Jul 11 2017 23:13:00     Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
513278071       EDI: PRA.COM Jul 11 2017 23:13:00     Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,    PO Box 41067,    Norfolk VA 23541
513268953       EDI: PRA.COM Jul 11 2017 23:13:00     Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
                 POB 41067,    Norfolk VA 23541
512973048      +EDI: PINNACLE.COM Jul 11 2017 23:13:00     Pinnacle Financial Gro,    7825 Washington Av,
                 Minneapolis, MN 55439-2430
512973051      +E-mail/Text: Supportservices@receivablesperformance.com Jul 11 2017 23:32:10
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
512973052      +EDI: SEARS.COM Jul 11 2017 23:13:00     Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
512973043       EDI: WACHOVIA.COM Jul 11 2017 23:13:00     Homeq,    Attn: Bankruptcy Department,
                 1100 Corporate Center,    Raleigh, NC 27607
                                                                                              TOTAL: 25
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 11, 2017
                              Form ID: 3180W           Total Noticed: 39


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
512973030*    Bank Of America,    De5-019-03-07,    Newark, DE 19714
512973032*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
512973035*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
512973036*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
512973038*   +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls, SD 57117-6191
512973050*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
               Norfolk, VA 23541)
512973033    ##+Capital One,    3901 N. Dallas Pkwy,    Plano, TX 75093-7864
512973053    ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                TOTALS: 0, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, N.A. Service for US Bank National
               Association as Trustee for Mastr Asset Backed Secrities Trust 2006-AB1 Mortgage Pass-Through
               Certificates Series 2006-AB1 nj.bkecf@fedphe.com
              Brett L. Messinger    on behalf of Interested Party    Ocwen Loan Servicing, LLC
               blmessinger@duanemorris.com, ltryon@duanemorris.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
               Mortgage Trust 2004-1HE, Asset-Backed Certificates, Series 2004-1HE dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Jennifer R. Gorchow    on behalf of Loss Mitigation    Americas Servicing Company
               nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
               Mortgage Trust 2004-1HE, Asset-Backed Certificates, Series 2004-1HE jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Stuart D. Gavzy    on behalf of Debtor Michael A Simon stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
              Stuart D. Gavzy    on behalf of Joint Debtor Marlene  Simon stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
                                                                                             TOTAL: 9